John M. Peebles (Bar No. 237582)
Steven J. Bloxham (Bar No. 96384)
Michael A. Robinson (Bar No. 214666)
Tim Hennessy (Bar No. 233595)
James Qaqundah (Bar No. 270700)
FREDERICKS PEEBLES & MORGAN LLP
2020 L Street, Suite 250
Sacramento, California 95811
Telephone: (916) 441-2700
Fax: (916) 441-2067
jpeebles@ndnlaw.com
sbloxham@ndnlaw.com
mrobinson@ndnlaw.com
thennessy@ndnlaw.com
jqaqundah@ndnlaw.com

Attorneys for Plaintiff
Picayune Rancheria of Chukchansi Indians

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY M. JEWELL, Secretary of the Interior; and LAWRENCE S. ROBERTS, Acting Assistant Secretary of the Interior for Indian Affairs,<br><br>Defendants. | No. 1:16-cv-00950-AWI-EPG<br><br>**PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

## **INTRODUCTION**

Plaintiff Picayune Rancheria of Chukchansi Indians submits its Statement of Undisputed Facts in Support of Motion for Summary Judgment.

///

///

1

| | Undisputed Facts | Supporting Evidence |
|---|---|---|
| 1. | In 2005, the North Fork Rancheria of Mono Indians of California ("North Fork") requested that the United States take a 305-acre parcel of land ("Madera Site") located adjacent to Highway 99 approximately 40 miles from North Fork's established reservation into trust for the purpose of constructing and operating a class III casino. | ROD of Decision for Fee to Trust acquisition. Administrative Record page AR00000160; Secretarial Two-Part Determination for 305-Acre Parcel, Administrative Record, p. AR00000245. |
| 2. | North Fork requested the Secretary of Interior to issue a Secretarial Determination pursuant to 25 U.S.C. § 2719(b)(1)(A) concerning the Madera Site. | Secretary's Two-Part Determination, Administrative Record, p. AR00000240. |
| 3. | On September 1, 2011, the Assistant Secretary of Interior- Indian Affairs, issued a Secretarial Determination for the Madera Site in which he found that gaming at the Madera Site would be in the best interests of North Fork and its members and not detrimental to the surrounding community. | Secretary's Two-Part Determination, Administrative Record, pp. AR00000241, AR00000286-AR00000287, AR00000287-AR00000290. |
| 4. | The Assistant Secretary Requested that Governor Edmund, G. Brown, Governor of the State of California ("Governor") concur in the Secretarial Determination. | Secretary's Two-Part Determination, Administrative Record, p. AR00000291. |
| 5. | On August 31, 2012, the Governor sent a letter to the Secretary of Interior in which the Governor stated that he concurred in the Secretary's Two-Part Determination for the Madera Site. | Governor Brown Letter to Secretary of Interior Kenneth Salazar, Administrative Record, pp. AR00000317-AR00000318. |
| 6. | On August 31, 2012, the Governor announced that he had concluded a compact with North Fork authorizing gaming at the Madera Site ("2012 Compact'). | Governor's August 31, 2012, Press Release; Administrative Record, pp. AR00000572-AR00000573. |
| 7. | The Governor submitted the 2012 Compact to the California Legislature which ratified the 2012 Compact as a general statute. | AB277, Administrative Record, pp.AR00000445-AR00000446. |
| 8. | Debra Bowen, the California Secretary of State, transmitted the 2012 Compact to the Department of Interior, Office of Indian Gaming, and explained that the under California law AB277, the ratification statute, was not effective for at least ninety (90) days. | July 16, 2013 letter from Debra Bowen to Paula Hart, Director of Indian Gaming, United States Department of Interior, Administrative Record, pp. AR00000440-AR00000441. |

**PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

FREDERICKS PEEBLES & MORGAN LLP
2020 L ST., STE 250
SACRAMENTO, CA 95811

| # | | |
|---|---|---|
| 9. | On November 20, 2013, California Secretary of State Bowen, informed the Department of Interior that a referendum qualified regarding AB277 and therefore the 2012 Compact would not be approved under California law until after the referendum vote on November 4, 2014. | November 20, 2013, letter from Debra Bowen to Paula Hart, Director of Indian Gaming, United States Department of Interior, Administrative Record, pp. AR00000455. |
| 10. | California voters rejected AB277 by a margin of approximately 61% to 3%9. | Plaintiffs Request for Judicial Notice, Exhibit A. |
| 11. | After the defeat of AB277 and rejection of the 2012 Compact, North Fork requested that California either recognized the validity of the 2012 Compact or negotiate a new compact for the Madera Site. | North Fork Complaint in *North Fork Rancheria of Mono Indians of California v. State of California*, No. 15-cv-00418-AWI-SAB, (E.D. Cal. March 17, 2015.), Administrative Record, p. AR00000311. |
| 12. | After the referendum on AB277 the Governor refused to recognize the validity of the 2012 Compact and refused to negotiate a new compact for the Madera Site. | North Fork Complaint in *North Fork Rancheria of Mono Indians of California v. State of California*, No. 15-cv-00418-AWI-SAB (E.D. Cal. March 17, 2015), Administrative Record, p. AR00000311. |
| 13. | After the Governor refused to negotiate a new compact for the Madera Site, North Fork brought suit to compel negotiations pursuant to 25 U.S.C. § 2710(d)(7)(A)(i). | North Fork Complaint in *North Fork Rancheria of Mono v. State of California v. State of California v. State of California*, No. 15-cv-00418-AWI-SAB (E.D. Cal. March 17, 2015), Administrative Record, pp. AR00000292-AR00000316. |
| 14. | On November 13, 2015, this Court granted North Fork's motion for judgment on the pleadings in *North Fork Rancheria of Mono Indians of California v. State of California*, No. 15-cv-00418-AWI-SAB (E.D. Cal. November 13, 2015) and ordered North Fork and California to conclude a compact for the Madera Site within sixty (60) days. | Order on Cross Motions for Judgment on the Pleadings, *North Fork Rancheria of Mono Indians of California v. State of California*, No. 15-cv-00418-AWI-SAB (E.D. Cal. November 13, 2015), Administrative Record pp. AR00000478-00000498. |
| 15. | After the Court's November 13, 2015, Order, North Fork and California were unable to negotiate and conclude a compact therefore the dispute was sent to mediation. | April 26, 2016, Letter from Mediator Zela Claiborne to Paula Hart, Director, Office of Indian Gaming, United States Department of Interior, Administrative Record, p. AR00000001. |
| 16. | In the Mediation, the Mediator selected North Fork's proposed compacta as the compact that best comported "with the terms of the IGRA, other applicable Federal law, and the findings of the Court." | April 26, 2016, Letter from Mediator Zela Claiborne to Paula Hart, Director, Office of Indian Gaming, United States Department of the Interior, Administrative Record, p. 00000001. |

3

**PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| 17. | The Governor declined to consent to the compact selected by Mediator Claiborne and the Mediator notified the Secretary of Interior of the Governor's failure to consent to the proposed compact. | April 26, 2016, Letter from Mediator Zela Claiborne to Paula Hart, Director, Office of Indian Gaming, United States Department of Interior, Administrative Record, p. 00000001. |
|---|---|---|
| 18 | On July 29, 2016, the Secretary of Interior notified North Fork and California that it had issued Secretarial Procedures for the purpose of authorizing class III gaming at the Madera Site. | July 29, 2016, Letter from Lawrence S. Roberts, Acting Assistant Secretary of Interior – Indian Affairs to Maryann McGovern, Chairwoman, North Fork Rancheria of Mono Indians of California, Administrative Record, pp. AR00002186-AR00002188. |
| 19 | The Secretarial Procedures are site specific to the Madera Site. | Secretarial Procedures, Administrative Record, p. AR00002204. |
| 20. | On December 12, 2016, the California Fifth Appellate District Court of Appeal ruled that Governor Brown did not have authority to grant a concurrence in the Secretarial Determination for the Madera Site and that the concurrence was invalid. | Opinion, *Stand Up for California! v. State of California*, 211 Cal.Rptr.3d 490 (Cal.Ct.App. 2016.) |

Dated: January 20, 2017                    Respectfully submitted,

By: /s/ Michael A. Robinson
Michael A. Robinson
FREDERICKS PEEBLES & MORGAN LLP
2020 L Street, Suite 250
Sacramento, CA  95811
Telephone: 916-441-2700
Facsimile: 916-441-2067

*Attorneys for Plaintiff*

**PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

FREDERICKS PEEBLES & MORGAN LLP
2020 L ST., STE 250
SACRAMENTO, CA 95811