John M. Peebles (Bar No. 237582)
Steven J. Bloxham (Bar No. 96384)
Michael A. Robinson (Bar No. 214666)
Tim Hennessy (Bar No. 233595)
James Qaqundah (Bar No. 270700)
FREDERICKS PEEBLES & MORGAN LLP
2020 L Street, Suite 250
Sacramento, California 95811
Telephone: (916) 441-2700
Fax: (916) 441-2067
jpeebles@ndnlaw.com
sbloxham@ndnlaw.com
mrobinson@ndnlaw.com
thennessy@ndnlaw.com
jqaqundah@ndnlaw.com

Attorneys for Plaintiff
Picayune Rancheria of Chukchansi Indians

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY M. JEWELL, Secretary of the Interior; and LAWRENCE S. ROBERTS, Acting Assistant Secretary of the Interior for Indian Affairs,<br><br>Defendants. | No. 1:16-cv-00950-AWI-EPG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

This matter came before the Court on Plaintiff's Motion for Summary Judgment. Upon due consideration of the Plaintiff's Motion, Memorandum of Points and Authorities in Support of their Motion and the entire record herein, it is this _____ day of _____, 2017, hereby:

1 ORDERED, that Plaintiff's Motion for Summary Judgment be and hereby is GRANTED in its entirety, and this action be and hereby is dismissed.

Dated: _____

_____
HON. ANTHONY W. ISHII