CHRISTOPHER E. BABBITT (SBN 225813)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
E-mail: christopher.babbitt@wilmerhale.com

JOHN A. MAIER (SBN 191416)
MAIER PFEFFER KIM GEARY & COHEN LLP
1440 Broadway, Suite 812
Oakland, CA 94612
Telephone: (510) 835-3020
Facsimile: (510) 835-3040
E-mail: jmaier@jmandmplaw.com

Attorneys for THE NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY M. JEWELL, Secretary of the Interior; and LAWRENCE S. ROBERTS, Acting Assistant Secretary of the Interior for Indian Affairs,

Defendants.

Case No. 1:16-cv-00950-AWI-EPG

**INTERVENOR THE NORTH FORK RANCHERIA OF MONO INDIANS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

Date: May 30, 2017
Time: 1:30 p.m.
Court: 2, 8th Floor
Judge: Honorable Anthony W. Ishii

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Intervenor the North Fork Rancheria of Mono Indians ("North Fork") will and hereby does move the Court, under Federal Rule of Civil Procedure 56 and Local Rule 260, to enter summary judgment in its favor.

As set forth in the accompanying Memorandum In Support of Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment, the Picayune Rancheria of Chukchansi Indians' claims should be dismissed under Rule 19 because, in a separate federal action filed by the Picayune Rancheria of Chukchansi Indians ("Picayune"), the United States District Court for the District of Columbia has ruled that the State of California is an indispensable party to all claims involving the validity of the Governor's concurrence, and Picayune is collaterally estopped from relitigating that issue in this Court. In the alternative, Picayune's claims all fail as a matter of law.

DATED: March 24, 2017

Respectfully submitted,

By: /s/ Christopher E. Babbitt

CHRISTOPHER E. BABBITT (SBN 225813)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
E-mail: christopher.babbitt@wilmerhale.com

JOHN A. MAIER (SBN 191416)
MAIER PFEFFER KIM GEARY & COHEN LLP
1440 Broadway, Suite 812
Oakland, CA 94612
Telephone: (510) 835-3020
Facsimile: (510) 835-3040
E-mail: jmaier@jmandmplaw.com

Attorneys for Intervenor THE NORTH FORK RANCHERIA OF MONO INDIANS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY M. JEWELL, Secretary of the Interior; and LAWRENCE S. ROBERTS, Acting Assistant Secretary of the Interior for Indian Affairs,<br><br>Defendants. | Case No. 1:16-cv-00950-AWI-EPG<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that, on March 24, 2017, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Eastern District of California using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

*/s/* Christopher E. Babbitt

CHRISTOPHER E. BABBITT (SBN 225813)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
E-mail: christopher.babbitt@wilmerhale.com