JEFFREY H. WOOD
Acting Assistant Attorney General

JOSEPH NATHANAEL WATSON (Georgia State Bar No. 212038)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Indian Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1348
Facsimile: (303) 844-1350
Joseph.Watson@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF INTERIOR, et al.,

Defendants;

NORTH FORK RANCHERIA OF MONO INDIANS,

Intervenor Defendant.

Case No. 1:16-cv-00950-AWI-EPG

**FEDERAL DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

Date: May 30, 2017
Time: 1:30 p.m.
Court: 2, 8th Floor
Judge: Honorable Anthony W. Ishii

TO THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:

The United States Department of the Interior; Ryan K. Zinke, Secretary of the Interior; and the Acting Assistant Secretary—Indian Affairs (Federal Defendants), file this motion, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 260, and respectfully request that the Court enter summary judgment in favor of Federal Defendants.

For the reasons set forth in the accompanying Memorandum In Support of Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment, the Picayune Rancheria of Chukchansi Indians' claims should be dismissed because they are barred by res judicata, collateral estoppel, failure to state a claim, failure to challenge an agency action, fail on the merits, are abandoned, fail to identify a relevant waiver of sovereign immunity, and because the Court lacks subject matter jurisdiction. All of Plaintiff's claims fail as a matter of law.

DATED this 24th day of March, 2017.

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General

/s/ Joseph Nathanael Watson
JOSEPH NATHANAEL WATSON
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Indian Resources Section

Of Counsel:
ANDREW S. CAULUM
Office of the Solicitor – Division of Indian Affairs
United States Department of the Interior
WI No. 1023019

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 24, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Electronic Filing to be served by electronic means.