**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

Picayune Rancheria of Chukchansi Indians
Plaintiff(s),

v.

United States Department of the Interior, Sally M. Jewell, Secretary of the Interior, and Lawrence S. Roberts, Acting Assistance Secretary of the Interior for Indian Affairs
Defendant(s).

Case No. 1:16-cv-00950-AWI-EPG

FILED

MAR 27 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

I, Danielle Spinelli

attorney for North Fork Rancheria of Mono Indians,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Wilmer Cutler Pickering Hale & Dorr LLP |
| Address: | 1875 Pennsylvania Avenue, N.W |
| | |
| City: | Washington |
| State: | District of Columbia ZIP Code: 20006 |
| Voice Phone: | ( 202 ) 663-6000 |
| FAX Phone: | ( 202 ) 663-6363 |
| Internet E-mail: | danielle.spinelli@wilmerhale.com |
| Additional E-mail: | |
| I reside in City: | Washington State: District of Columbia |

I was admitted to practice in the District of Columbia Court of Appeals (court) on April 16, 2004 (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☑ / have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Case Name and Number: Stand Up for California! v. United States Department of the Interior, Case No. 2:16-cv-02681-AWI-EPG

Date of Application: March 27, 2017

Application Status: Pending

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Christopher E. Babbitt

Firm Name: Wilmer Cutler Pickering Hale & Dorr LLP

Address: 1875 Pennsylvania Avenue, N.W

City: Washington

State: District of Columbia ZIP Code: 20006

Voice Phone: ( 202 ) 663-6000

FAX Phone: ( 202 ) 663-6363

E-mail: christopher.babbitt@wilmerhale.com

Dated: March 27, 2017 Petitioner: ____________

**ORDER**

IT IS SO ORDERED.

Dated: 3/27/17

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE