1

2

3

4

5

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                    **EASTERN DISTRICT OF CALIFORNIA**

11

12  PICAYUNE RANCHERIA OF                **CASE NO. 1:16-CV-0950-AWI-EPG**
    CHUKCHANSI INDIANS
13                                       **ORDER AUTHORIZING PLAINTIFF**
                 Plaintiff,              **TO FILE SUPPLEMENTAL BRIEFING**
14
        v.
15
    UNITED STATES DEPARMENT OF THE
16  INTERIOR; SALLY JEWELL, Secretary of
    the Interior; and LAWRENCE S.
17  ROBERTS, Acting Assistant Secretary of
    the Interior for Indian Affairs,
18
                 Defendants.
19

20         The parties to this action completed briefing on cross-motions for summary judgment on

21  May 25, 2017.  Roughly one month later, intervenor-defendant North Fork Rancheria of Mono

22  Indians ("North Fork") submitted a notice of supplemental authority, modifying its position

23  regarding the propriety of a stay. Doc. 38. Plaintiff Picayune Rancheria of Chukchansi Indians

24  ("Chukchansi") objects to what it characterizes as supplemental substantive briefing on the

25  propriety of a stay. Doc. 39. Chukchansi is correct that North Fork walked back its prior position

26  regarding the propriety of a stay and now suggests that the Ninth Circuit has conclusively

27  decided that the test for whether a stay should issue in this situation is governed by the *Colorado*

28  *River* standard rather than the *Landis* standard. Doc. 38 at 2; *see Colorado River Water*

1   *Conversation District v. United States*, 424 U.S. 800 (1976); *Landis v. North American Co.*, 299

2   U.S. 248 (1936). In support of that argument, North Fork relies upon authority long preceding

3   the parties' briefing in this case. *See* Doc. 38 at 2-3 (citing, *inter alia*, *Minucci v. Agrama*, 868

4   F.2d 113, 1115 (9th Cir. 1989)).

5        Chukchansi asks the court to either disregard the unauthorized supplemental briefing or

6   afford Chukchansi an opportunity to respond when its lead counsel returns from his time abroad.

7   Doc. 39 at 3. The issue briefed by North Fork is of significance to the Court. Accordingly, the

8   latter request will be granted. Chukchansi will be permitted to file a responsive brief, not to

9   exceed eight pages, no later than August 8, 2017. That briefing may only address the standard to

10   be applied in determining whether to issue a stay.

11

12   IT IS SO ORDERED.

13   Dated:   __July 11, 2017__           _____

14                             SENIOR DISTRICT JUDGE